Mr Horace H. Kersey-0224674
75 Legend Road
Lumberton, NC 28358

RECEIVED

DEC 27 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

MAILED FROM
LUMBERTON
CORRECTIONAL INST

Legal Mail

United States District Court
P.O. Box 25670
Eastern District of North Carolina
Raleigh, North Carolina 27611

27611-567070