UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:24-cv-00004-FDW

| HORACE KERSEY, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **ORDER** |
|  | ) |  |
| CATAWBA VALLEY MEDICAL CENTER, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court *sua sponte* on Plaintiff's filing of a Complaint in this matter. [Doc. 1].

Pro se Plaintiff Horace Kersey ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Lumberton Correctional Institution in Lumberton, North Carolina. He filed this action on or about December 27, 2023, pursuant to 42 U.S.C. § 1983, in the United States District Court for the Eastern District of North Carolina. [Doc. 1]. The Eastern District dismissed the North Carolina Department of Public Safety as a Defendant and transferred the remainder of the action here. [Doc. 3]. Plaintiff's Complaint, however, is not signed. [See Doc. 1 at 11]. Plaintiff must sign his Complaint before the Court will conduct its initial review of the remainder of Plaintiff's Complaint. The Court will instruct the Clerk to mail Plaintiff a copy of the signature page of his Complaint for Plaintiff to sign and return to the Court within 21 days of this Order. Once the executed signature page is returned to the Court, the Clerk is directed to attach it to Plaintiff's original Complaint and to regenerate the NEF.

**IT IS THEREFORE ORDERED** that Plaintiff shall submit an executed signature page to his Complaint within 21 days of this Order. If Plaintiff fails to timely submit an executed

signature page in accordance with the terms of this Order, Plaintiff's Complaint may be dismissed without prejudice and without further notice to Plaintiff.

The Clerk is instructed to mail Plaintiff a copy of the signature page of his Complaint [Doc. 1 at 11] for Plaintiff to sign and return to the Court. Once the executed signature page is returned to the Court, the Clerk is directed to attach it to Plaintiff's original Complaint and regenerate the NEF.

**IT IS SO ORDERED**.

Signed: January 17, 2024

Frank D. Whitney
United States District Judge