# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Horace Kersey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:24-cv-00004-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| NC Department of Public Safety | ) | |
| Catawba Valley Medical Center, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 1, 2024 Order.

March 1, 2024

*(signature)*

Katherine Hord Simon, Clerk
United States District Court